# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-01777-RBJ

**HANS KUHLMANN,**

    **Plaintiff,**

**v.**

**NORGREN, INC. & DONNA ROSS,**

    **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court on the Parties' **Stipulation of Dismissal with Prejudice**, filed January 16, 2015.  After careful review of the Stipulation and file, the Court has concluded that the Stipulation should be approved and that this action should be dismissed with prejudice.  **THEREFORE IT IS ORDERED** as follows:

    1.    That the **Stipulation of Dismissal with Prejudice,** filed January 16, 2015, is **APPROVED**; and

    2.    That this action **IS DISMISSED WITH PREJUDICE** with the Parties to pay their own attorney fees and costs; and

    3.    All pending motions are denied as moot, and all scheduled Court dates and other deadlines are vacated as moot.

    **IT IS SO ORDERED this 16th day of January, 2015.**

*[Signature: Brooke Jackson]*

_____
Judge R. Brooke Jackson
United States District Court Judge